UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT, | No. 2:13-cv-1836 AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2013 the court ordered petitioner to file an in forma pauperis affidavit or pay the filing fee. In response, petitioner submitted two letters indicating that he does not have any funds and was having difficulty obtaining a completed prisoner trust fund account statement (ECF 7 and 8). On October 1, 2013 petitioner submitted a completed prisoner trust fund account statement without the in forma pauperis affidavit (ECF 9). Examination of the completed trust fund account statement indicates that petitioner is unable to afford the costs of suit. Accordingly, petitioner's letters (ECF 7 and 8) are construed as requests

////

////

////

////

1

to proceed in forma pauperis and, so construed, are granted. <u>See</u> 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's requests to proceed in forma pauperis are granted.

DATED: October 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ts/Moff1836.101aandb