UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT, | No. 2:13-cv-1836 AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has attached isolated portions of a habeas petition filed in state court and a California Court of Appeal's decision in his case, but has failed to specify the grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

2. Any amended petition must be filed on the form provided with this order, must name the proper respondent, and must state all claims and prayers for relief on the form; it must bear the case number assigned to this action and the title "Amended Petition";

3. Failure to file an amended petition will result in the dismissal of this action; and

1

1    4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of
habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: October 17, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ts/moff1836.114.new