UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP,<br><br>    Respondent. | No. 2:13-cv-1836 AC P<br><br><br>ORDER |

This petition for writ of habeas corpus was denied on December 10, 2013, and judgment entered accordingly. Petitioner's filings, styled as letters to the Clerk of the Court, filed since the closing date (ECF Nos. 26, 27, 29, 32, 33, 35, 39, 40, 41), do not appear to be ones contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: January 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1