UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM KNIPP,<br><br>　　　　　Respondents. | No. 2:13-cv-1836 AC P<br><br><br>ORDER |

This petition for writ of habeas corpus was dismissed on December 10, 2013. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 4, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE